# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:  
Joseph E. Seitz  
Anne G. Seitz  
    Debtors

Case No. 18-02031-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRatchfor     Page 1 of 1     Date Rcvd: Jun 14, 2018  
                     Form ID: ntnew341     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.

```
db/jdb         +Joseph E. Seitz,    Anne G. Seitz,    10056 Mt. Zion Road,    Glen Rock, PA 17327-8421
5061167        +JOSEPH E. SEITZ,    ANNE G. SEITZ,    10056 MT. ZION ROAD,    GLEN ROCK, PA 17327-8421
5061175        +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                 PHILADELPHIA, PA 19106-1541
5061168        +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5061170        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5061179         PA DEPARTMENT OF REVENUE,    BUREAU OF COLLECTIONS/TAXES,    PO BOX 281210,
                 HARRISBURG, PA 17128-1210
5061169        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5061172        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2018 18:54:01     CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5061173         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2018 18:54:15     CAPITAL ONE BANK,
                 P.O. BOX 71083,    CHARLOTTE, NC 28272-1083
5061174        +E-mail/Text: bkr@cardworks.com Jun 14 2018 18:53:17     CARDWORKS/CW NEXUS,    ATTN: BANKRUPTCY,
                 PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
5061171         E-mail/Text: cio.bncmail@irs.gov Jun 14 2018 18:53:18     INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5061176         E-mail/Text: camanagement@mtb.com Jun 14 2018 18:53:20     M & T BANK,    PO BOX 844,
                 BUFFALO, NY 14240
5061178        +E-mail/Text: bkr@cardworks.com Jun 14 2018 18:53:17     MERRICK BANK,    P.O. BOX 23356,
                 PITTSBURGH, PA 15222-6356
5061177        +E-mail/Text: bkr@cardworks.com Jun 14 2018 18:53:17     MERRICK BANK,    P.O. BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
5061400        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 18:54:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5061180        +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 18:53:59     SYNCHRONY BANK/HOME SHOPPING,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5061181         E-mail/Text: kcm@yatb.com Jun 14 2018 18:53:18     YORK ADAMS TAX BUREAU,    1405 N. DUKE STREET,
                 PO BOX 15627,    YORK, PA 17405-0156
                                                                                               TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 2 Anne G. Seitz lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1 Joseph E. Seitz lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph E. Seitz,

**Debtor 1**

Anne G. Seitz,

**Debtor 2**

Chapter 13

Case No. 1:18−bk−02031−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: July 26, 2018<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 14, 2018 |

ntnew341 (04/18)