UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH E. SEITZ
         ANNE G. SEITZ

                 Debtor(s)                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                 Movant                       CASE NO: 1-18-02031-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 29, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on May 15, 2018.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   - **CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                    Respectfully submitted,
                                     s/ Charles J. DeHart, III
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036
                                    (717) 566-6097

Case 1:18-bk-02031-HWV    Doc 14    Filed 06/29/18    Entered 06/29/18 06:41:58    Desc
Page 1 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH E. SEITZ
ANNE G. SEITZ

CHAPTER 13

CASE NO: 1-18-02031-HWV

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on May 15, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
  AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

A hearing with the Court has been scheduled for:

Date: July 18, 2018
Time: 09:30 AM
Location: Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **July 13, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: June 29, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH E. SEITZ
ANNE G. SEITZ

CHAPTER 13

Debtor(s)

CASE NO: 1-18-02031-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on June 29, 2018.

LAWRENCE V. YOUNG, ESQUIRE
135 NORTH GEORGE STREET
YORK, PA 17401-

JOSEPH E. SEITZ
ANNE G. SEITZ
10056 MT. ZION ROAD
GLEN ROCK, PA 17327

    Respectfully submitted,
    s/ Vickie Williams
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036

Dated: June 29, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH E. SEITZ
ANNE G. SEITZ

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-18-02031-HWV

vs.

JOSEPH E. SEITZ
ANNE G. SEITZ

MOTION TO DISMISS

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.