Anne's 2017 - 2018 Income

| Invoicing | Amount Paid | Client/contact | Author | Inv date | Paid | Freelancer | Pay Freelance | Profit |
|---|---|---|---|---|---|---|---|---|
| **2018** | | | | | | | | |
| 2017-036 | $ 1,965.00 | Serrill Redd/Aptara PROOFREAD Aptara LHHM Math | | 10/16/2017 | 1/21/2018 | Nancy W. Dickson | $ 1,595.55 | $ 369.45 |
| Paid in 2018 | | | | | | | | |
| 2018-001 | $ 440.00 | Nancy Dickson/Celtic Words | Molles | 1/21/2018 | 1/22/2018 | none | $ - | $ 440.00 |
| 2018-002 | $ 240.00 | Nancy Dickson/Celtic Words | Allan/Jones | 2/2/2018 | 2/4/2018 | none | $ - | $ 240.00 |
| 2018-003 | $ 510.00 | Annette Ferran/Wolters Kluwer | Lee | 2/6/2018 | | none | $ - | $ 510.00 |
| 2018-004 | $ 720.00 | Annette Ferran/Wolters Kluwer | Sewell | 2/6/2018 | | none | $ - | $ 720.00 |
| 2018-005 | $ 1,560.00 | Annette Ferran/Wolters Kluwer | Sorrell | 2/6/2018 | | none | $ - | $ 1,560.00 |
| 2018-006 | $ 840.00 | Nancy Dickson/Celtic Words | Allen/Jones | 2/17/2018 | 2/17/2018 | none | $ - | $ 840.00 |
| 2018-007 | | | | | | | | |
| **2018 TOTAL** | **$ 6,275.00** | | | | | **2018 TOTAL** | **$ 1,595.55** | **$ 4,679.45** |