pg-6

# Maryland State Retirement and Pension System

120 East Baltimore Street Baltimore Maryland 21202-6700
www.SRA.MARYLAND.GOV

## PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS

PAYEE: Please notify the Maryland State Retirement and Pension System of any changes in your home address. Be sure to give your full name, social security number, and new home address. Notify the Maryland State Retirement and Pension System BEFORE you change financial institutions or cancel your automatic deposit. To avoid problems, leave your existing (old) account open until you confirm that your retirement deposit clears your new account. If you have any questions about this remittance advice or any services of the retirement and pension system, call (410) 625-5555 in the Baltimore Metro Area or 1-800-492-5909 out of the local calling area.

Advice Number: 34260661
Date of Advice: 01/31/2018
Identification Number: 28221236693

JOSEPH E SEITZ
10056 MT ZION RD
GLEN ROCK PA 17327

**NOT NEGOTIABLE**

| | |
|---|---|
| Gross | 1,910.12 |
| Federal Withholding | 176.00 |
| State Withholding | |
| Total Misc. Deductions | 427.45 |
| **Advice Amount** | **1,306.67** |

### MISCELLANEOUS DEDUCTIONS

| | |
|---|---|
| Health Insurance | 176.98 |
| Life Insurance | 95.57 |
| Prescription | 111.30 |
| Dental | 43.60 |

YOUR JANUARY 2018 PAYMENT MAY REFLECT NEW FEDERAL TAX WITHHOLDING RATES AND/OR HEALTH DEDUCTION CHANGES. TO CHANGE THE AMOUNT OF YOUR FEDERAL OR MD STATE TAXES WITHHELD, PLEASE FILE A FORM 766 AVAILABLE FROM OUR WEBSITE AT SRA.MARYLAND.GOV. YOUR 1099-R TAX DOCUMENT HAS BEEN MAILED. IF YOU DO NOT RECEIVE YOUR 1099-R BY 2/9/2018, GO TO SRA.MARYLAND.GOV AND CLICK 1099-R DUPLICATE TO ACCESS YOUR STATEMENT OR CONTACT THE AGENCY.

# The Learning & Performance Improvement Group, LLC
## Income by Customer Summary
### January 1 through June 25, 2018

### Income

| | Jan 1 - Jun 25, 18 |
|---|---:|
| CTAA | 40,670.29 |
| First Transit | 3,969.42 |
| Uber - Houston/Austin | 3,600.00 |
| Uber - Philadelphia | -198.51 |
| **TOTAL** | **48,041.20** |

### Expenses

| | Jan 1 - Jun 25, 18 |
|---|---:|
| Alaska Airlines | 1,191.51 |
| Budget Car Rental | 1,848.48 |
| BWI Parking | 154.00 |
| Enterprise Car Rental | 302.75 |
| Gas for Rental Car | 578.09 |
| Hertz Car Rental | 584.82 |
| Hilton | 6,673.96 |
| HomeAway | 793.75 |
| LYFT | 338.44 |
| Meals - Travel | 2,665.50 |
| Nationwide Car Insurance - Barb | 272.16 |
| Nationwide Car Insurance - Greg | 519.42 |
| Nationwide Car Insurance Anne & Joe | 605.82 |
| Nationwide Insurance - Homeowners | 888.48 |
| Penn Waste, Inc. | 121.66 |
| Personal Auto Mileage | 278.22 |
| Priceline | 722.70 |
| Southwest Airlines | 2,740.45 |
| Taxi | 11.50 |
| Tolls | 102.05 |
| Uber | 78.49 |
| United Airlines | 593.00 |
| **TOTAL** | **22,065.25** |