```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-02031-HWV
Joseph E. Seitz                                                     Chapter 13
Anne G. Seitz
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRatchfor            Page 1 of 2           Date Rcvd: Jul 27, 2018
                               Form ID: ntcnfhrg          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb         +Joseph E. Seitz,    Anne G. Seitz,   10056 Mt. Zion Road,    Glen Rock, PA 17327-8421
5061167        +JOSEPH E. SEITZ,    ANNE G. SEITZ,   10056 MT. ZION ROAD,    GLEN ROCK, PA 17327-8421
5061175        +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,   701 MARKET ST., STE 5000,
                 PHILADELPHIA, PA 19106-1541
5061168        +LAWRENCE V. YOUNG,    CGA LAW FIRM,   135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5061170        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,   HARRISBURG, PA 17128-1061
5061179         PA DEPARTMENT OF REVENUE,    BUREAU OF COLLECTIONS/TAXES,    PO BOX 281210,
                 HARRISBURG, PA 17128-1210
5061169        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,   WASHINGTON, DC 20220-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5061172        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2018 19:28:29     CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5061173         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2018 19:27:27     CAPITAL ONE BANK,
                 P.O. BOX 71083,   CHARLOTTE, NC 28272-1083
5061174        +E-mail/Text: bkr@cardworks.com Jul 27 2018 19:22:21     CARDWORKS/CW NEXUS,   ATTN: BANKRUPTCY,
                 PO BOX 9201,   OLD BETHPAGE, NY 11804-9001
5061171         E-mail/Text: cio.bncmail@irs.gov Jul 27 2018 19:22:31     INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
5061176         E-mail/Text: camanagement@mtb.com Jul 27 2018 19:22:36     M & T BANK,   PO BOX 844,
                 BUFFALO, NY 14240
5087014         E-mail/Text: camanagement@mtb.com Jul 27 2018 19:22:36     M&T Bank,   PO BOX 840,
                 Buffalo, NY 14240
5061178        +E-mail/Text: bkr@cardworks.com Jul 27 2018 19:22:21     MERRICK BANK,   P.O. BOX 23356,
                 PITTSBURGH, PA 15222-6356
5084193         E-mail/Text: bkr@cardworks.com Jul 27 2018 19:22:21     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5061177        +E-mail/Text: bkr@cardworks.com Jul 27 2018 19:22:21     MERRICK BANK,   P.O. BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
5084225        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2018 19:22:52    Midland Funding, LLC,
                 Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,   PO Box 2011,
                 Warren, MI 48090-2011
5061400        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 19:27:28
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5081972         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2018 19:22:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
5061180        +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 19:27:58     SYNCHRONY BANK/HOME SHOPPING,
                 ATTN: BANKRUPTCY,    PO BOX 965060,   ORLANDO, FL 32896-5060
5083938         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2018 19:27:35     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
5061181         E-mail/Text: kcm@yatb.com Jul 27 2018 19:22:24     YORK ADAMS TAX BUREAU,   1405 N. DUKE STREET,
                 PO BOX 15627,   YORK, PA 17405-0156
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

- Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
- James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
- Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
- Lawrence V. Young    on behalf of Debtor 2 Anne G. Seitz lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
- Lawrence V. Young    on behalf of Debtor 1 Joseph E. Seitz lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
- United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Joseph E. Seitz, <br>     **Debtor 1** <br><br> Anne G. Seitz, <br>     **Debtor 2** | Chapter     13 <br><br> Case No.     1:18–bk–02031–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 5, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: September 12, 2018 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRatchford, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 27, 2018 |

ntcnfhrg (03/18)