B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: Joseph E. Seitz / Anne G. Seitz, Debtor(s)

Case No. 1:18-bk-02031
Chapter 13

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ Not applicable. Hourly/Lodestar Method (See ¶6d below) |
   | Prior to the filing of this statement I have received | $ 1500.00 |
   | Balance Due | $ **5,629.60 |

2. The source of the compensation paid to me was:
   [✓] Debtor     [ ] Other (specify):

3. The source of compensation to be paid to me is:
   [✓] Debtor     [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   Debtor(s) have executed a written fee agreement setting forth the calculation of attorney's fees at an hourly rate using the lodestar method. The Debtors have deposited with counsel the sum of $1,110.00 to be applied toward Attorney fees for work performed in the case ("the Initial Deposit"), plus reimbursed counsel $310.00 for the filing fee, and $80.00 for credit reports.

   *To the extent that attorney's fees calculated using the lodestar method exceed the Initial Deposit and counsel desires to be paid such additional fees inside the Chapter 13 plan, Counsel will file a fee application pursuant to L.R. 2016-2(b) seeking approval of such fees exceeding the Initial Deposit.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/7/18
Date

/s/ Lawrence V. Young
Lawrence V. Young 21009
*Signature of Attorney*
CGA Law Firm
135 North George Street
York, PA 17401
717-848-4900   Fax: 717-843-9039
tlocondro@cgalaw.com
*Name of law firm*