IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Joseph E. Seitz | : | Case No. 1:18-bk-02031 |
| Anne G. Seitz | : | |
| | : | Chapter 13 |
| | : | |

## AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES
## TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSE

UPON CONSIDERATION OF a review of the application filed by Lawrence V. Young, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days notice period, it is hereby

ORDERED that counsel fees for the period of time beginning January 2, 2018 through August 6, 2018, in the amount of $6,720.00 legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from January 2, 2018 through August 6, 2018, in the amount of $409.360 for a total award of $7,129.60 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,500.00 from the Debtors, and $0 received from the Chapter 13 Trustee, the balance of $5,629.60 to be paid by the Chapter 13 Trustee through the Plan. It is further Ordered that to the extent that the approval of these fees underfund the Chapter 13 Plan, the Chapter 13 Trustee is directed to pay to the CGA Law Firm the amount available within the current Plan to the funding limit, with the unpaid balance either to be paid outside of the Plan or to be paid in the plan if an amended plan is requested and approved.

{01506065/1}