IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOSEPH E. SEITZ | : | |
| & | : | |
| ANNE G. SEITZ, | : | |
| | : | DOCKET NO.: 1:18-bk-02031-HWV |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO AMENDED PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | DECEMBER 12, 2018, at 9:30 A.M. |
| v. | : | |
| | : | |
| JOSEPH E. SEITZ | : | |
| & | : | |
| ANNE G. SEITZ, | : | |
| | : | RELATED TO DOCKET NO.: 45 |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTORS' AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Amended Chapter 13 Plan, on the parties at the below addresses, on December 5, 2018, by:

**1:18-bk-02031-HWV Notice will be electronically mailed to:**

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

Lawrence V. Young at lyoung@cgalaw.com, tlocondro@cgalaw.com, scomegna@cgalaw.com, hlocke@cgalaw.com, rminello@cgalaw.com, kbrayboy@cgalaw.com, jrosenau@cgalaw.com

**1:18-bk-02031-HWV Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541


EXECUTED ON: December 6, 2018

    Respectfully submitted by,


    By:   /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.: 309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov