UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOSEPH E. SEITZ and                    :   CHAPTER 13
        ANNE G. SEITZ                          :
             Debtor(s)                         :
                                               :
        CHARLES J. DEHART, III                 :
        STANDING CHAPTER 13 TRUSTEE            :
             Movant                            :
                                               :
             vs.                               :
                                               :
        JOSEPH E. SEITZ and                    :
        ANNE G. SEITZ                          :
             Respondent(s)                     :   CASE NO.   1-18-bk-02031


<u>TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN</u>

AND NOW, this 4th day of April, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

  a.  The plan is underfunded relative to claims to be paid.

3.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. Sec. 507.   (York Adams Tax Bureau – Claim #2)

4.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

  a.  Proof of Claim for York County Tax Claim Bureau (2018).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a.  Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/James K. Jones
      Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   4th   day of April, 2019 I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Lawrence Young, Esquire
135 North George Street
York, PA   17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee