UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH E. SEITZ and : CHAPTER 13
ANNE G. SEITZ :
  Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
  Movant :
:
vs. :
:
JOSEPH E. SEITZ and :
ANNE G. SEITZ :
  Respondent(s) : CASE NO. 1-18-bk-02031

<u>TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN</u>

    AND NOW, this  24th  day of May, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claim for York County Tax Claim Bureau (2018).

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                  Respectfully submitted:

                   Charles J. DeHart, III
                   Standing Chapter 13 Trustee
                   8125 Adams Drive, Suite A
                   Hummelstown, PA 17036
                   (717) 566-6097

    BY:    /s/James K. Jones
            Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 24th day of May, 2019 I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Lawrence Young, Esquire
135 North George Street
York, PA   17401

                 /s/Deborah A. Behney
                 Office of Charles J. DeHart, III
                 Standing Chapter 13 Trustee