LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joseph E. Seitz         :     **CHAPTER 13**
Anne G. Seitz          :

                     :     **CASE NO.** 1 - 18 -**bk-** 02031

                     :

                     :

        **Debtor(s)**      :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | | |
|---|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
| 1. Amount agreed to by debtor | $ | |
| 2. Less amount paid to attorney outside of plan distributions | $ | |
| 3. Balance of compensation to be paid through plan distributions | $ | 0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ | |

| | | |
|---|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
| 1. Compensation and expenses to be approved by the Court | $ | 17,166.98 |
| 2. Less amounts paid to attorney outside of plan distributions | $ | 6,431.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ | 10,735.98 |

| | | |
|---|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 10,735.98 |

Dated: _____ 2/18/20 _____          /s/Lawrence V. Young, Esquire
                                         Attorney for Debtor