| | |
|---|---|
| In re: | Case No. 18-02031-HWV |
| Joseph E. Seitz | Chapter 13 |
| Anne G. Seitz | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf010 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5061167 | + | JOSEPH E. SEITZ, ANNE G. SEITZ, 10056 MT. ZION ROAD, GLEN ROCK, PA 17327-8421 |
| 5092012 | + | Wellspan Health, 1001 s George St, York, PA 17403-3676 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5061172 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:55 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5061174 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2020 18:56:06 | CARDWORKS/CW NEXUS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5061171 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 18:56:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5084193 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2020 18:54:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5061400 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 18:55:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5061180 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 18:55:54 | SYNCHRONY BANK/HOME SHOPPING, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5083938 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 28 2020 18:56:01 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5061181 | | Email/Text: kcm@yatb.com | Oct 28 2020 18:56:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Lawrence V. Young | on behalf of Debtor 2 Anne G. Seitz lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lawrence V. Young | on behalf of Debtor 1 Joseph E. Seitz lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   Joseph E. Seitz and :
   Anne G. Seitz, : Chapter 13
       Debtors : Case No. 1:18-bk-02031-HWV

## ORDER GRANTING MOTION TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS

UPON CONSIDERATION of a review of the Motion filed by Debtors, and for good cause shown, the Motion is GRANTED.

The Debtors are authorized to temporarily suspend their Chapter 13 Plan payments for the months of October, November and December, 2020. Debtors intend to file a Motion to Modify with an 8th Amended Plan in January, 2021, to fully fund the Plan.

Dated: October 27, 2020      By the Court,

                                                    _____
                                                  Henry W. Van Eck, Chief Bankruptcy Judge (CD)

{01827150/1}