UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  JOSEPH E. SEITZ
        ANNE G. SEITZ

                    Debtor(s)
                                              CHAPTER 13
        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                    Movant
vs.
        JOSEPH E. SEITZ                       CASE NO: 1-18-02031-HWV
        ANNE G. SEITZ

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 3, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   October 3, 2024                  Respectfully submitted,

                                          /s/   Douglas R. Roeder, Esquire
                                          ID:  80016
                                          Attorney for Trustee
                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA 17036
                                          Phone:  (717) 566-6097
                                          email:  droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOSEPH E. SEITZ
ANNE G. SEITZ

                           Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                           Movant

vs.
JOSEPH E. SEITZ
ANNE G. SEITZ

CASE NO: 1-18-02031-HWV

                           Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: November 6, 2024
Time: 09:35 AM
       Sylvia H. Rambo United States Courthouse
       Bankruptcy Courtroom 4B, 4th Floor
       1501 North 6th Street
       Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 9019.40**
   **AMOUNT DUE FOR THIS MONTH: $2274.32**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $11293.72**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**

**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:     October 3, 2024            /s/   Douglas R. Roeder, Esquire
                                      ID:  80016
                                      Attorney for Movant
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Drive
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOSEPH E. SEITZ
ANNE G. SEITZ

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

JOSEPH E. SEITZ
ANNE G. SEITZ

CASE NO: 1-18-02031-HWV

    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 3, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

LAWRENCE V. YOUNG, ESQUIRE
135 NORTH GEORGE STREET
YORK PA 17401-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>SERVED BY FIRST CLASS MAIL</u>

JOSEPH E. SEITZ
ANNE G. SEITZ
10056 MT. ZION ROAD
GLEN ROCK PA 17327

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 3, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH E. SEITZ
ANNE G. SEITZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-18-02031-HWV

vs.

JOSEPH E. SEITZ
ANNE G. SEITZ

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.