United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joseph E. Seitz  
Anne G. Seitz  
    Debtors

Case No. 18-02031-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 03, 2025      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph E. Seitz, Anne G. Seitz, 10056 Mt. Zion Road, Glen Rock, PA 17327-8421 |
| 5061167 | + | JOSEPH E. SEITZ, ANNE G. SEITZ, 10056 MT. ZION ROAD, GLEN ROCK, PA 17327-8421 |
| 5061179 | | PA DEPARTMENT OF REVENUE, BUREAU OF COLLECTIONS/TAXES, PO BOX 281210, HARRISBURG, PA 17128-1210 |
| 5061169 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5061172 | + | EDI: CAPITALONE.COM | Sep 03 2025 22:40:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5061173 | | EDI: CAPITALONE.COM | Sep 03 2025 22:40:00 | CAPITAL ONE BANK, P.O. BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5061174 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2025 18:41:28 | CARDWORKS/CW NEXUS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5061171 | | EDI: IRS.COM | Sep 03 2025 22:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5061175 | ^ | MEBN | Sep 03 2025 18:37:52 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5061168 | + | Email/Text: rshearer@cgalaw.com | Sep 03 2025 18:40:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5061176 | | Email/Text: camanagement@mtb.com | Sep 03 2025 18:40:00 | M & T BANK, PO BOX 844, BUFFALO, NY 14240 |
| 5087014 | | Email/Text: camanagement@mtb.com | Sep 03 2025 18:40:00 | M&T Bank, PO BOX 840, Buffalo, NY 14240 |
| 5084193 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2025 18:41:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5061177 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2025 18:41:15 | MERRICK BANK, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5061178 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2025 18:41:29 | MERRICK BANK, P.O. BOX 23356, PITTSBURGH, PA 15222-6356 |
| 5084225 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2025 18:40:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5061170 | + | EDI: PENNDEPTREV | | |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 03 2025 22:40:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5061400 | + | EDI: PRA.COM | Sep 03 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5081972 | | EDI: PENNDEPTREV | Sep 03 2025 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5061180 | + | EDI: SYNC | Sep 03 2025 22:40:00 | SYNCHRONY BANK/HOME SHOPPING, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5083938 | | EDI: AIS.COM | Sep 03 2025 22:40:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5092012 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 03 2025 18:40:00 | Wellspan Health, 1001 s George St, York, PA 17403-3676 |
| 5061181 | | Email/Text: kcm@yatb.com | Sep 03 2025 18:39:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |
| 5231236 | + | Email/Text: smsauble@yorkcountypa.gov | Sep 03 2025 18:40:00 | YORK COUNTY TAX CLAIM BUREAU, 28 E MARKET STREET, YORK PA 17401-1501 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |

| | |
|---|---|
| Lawrence V. Young | |
| | on behalf of Debtor 2 Anne G. Seitz lyoung@cgalaw.com |
| | rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lawrence V. Young | |
| | on behalf of Debtor 1 Joseph E. Seitz lyoung@cgalaw.com |
| | rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph E. Seitz<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9328<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anne G. Seitz<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3825<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-02031-HWV | |

# Order of Discharge                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Joseph E. Seitz                    Anne G. Seitz

**By the court:** _[signature]_

9/3/25

                                         Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　**Chapter 13 Discharge**　　　　　　　　page 2